```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                   CASE NO. 07 B 16121
    JILL PAYNE MCCAIN
                                         CHAPTER 13

                                         JUDGE: JACK B SCHMETTERER

        Debtor
    SSN XXX-XX-9674

--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 09/04/2007 and was not confirmed.

     The case was dismissed without confirmation 01/23/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
US BANK NATIONAL ASSOC    CURRENT MORTG         .00           .00            .00
US BANK NATIONAL ASSOC    MORTGAGE ARRE     8886.95           .00            .00
US BANK HOME MORTGAGE     NOTICE ONLY      NOT FILED          .00            .00
WELLS FARGO AUTO FINANCE  SECURED VEHIC   26525.46            .00            .00
CITY OF CHICAGO PARKING   PRIORITY        NOT FILED           .00            .00
GRANITE STATE MGMT        PRIORITY        NOT FILED           .00            .00
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER    2055.34            .00            .00
ASPEN                     UNSEC W/INTER   NOT FILED           .00            .00
UNIVERSITY RHEUMATOLOGIS  UNSEC W/INTER   NOT FILED           .00            .00
GREAT AMERICAN FINANCE    SECURED          2023.60            .00            .00
RUSH PRESBYTERIAN EMERG   UNSEC W/INTER   NOT FILED           .00            .00
EMERGENCY & AMBULATORY    UNSEC W/INTER   NOT FILED           .00            .00
ERS BOARD UP              UNSEC W/INTER   NOT FILED           .00            .00
ECAST SETTLEMENT CORP     UNSEC W/INTER     426.73            .00            .00
ECAST SETTLEMENT CORP     UNSEC W/INTER     871.91            .00            .00
WELLS FARGO AUTO FINANCE  UNSEC W/INTER   NOT FILED           .00            .00
MARTIN J OHEARN           DEBTOR ATTY      3,278.00                          .00
TOM VAUGHN                TRUSTEE                                            .00
DEBTOR REFUND             REFUND                                             .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                                 .00
DEBTOR REFUND                                        .00
                          --------------        --------------
TOTALS                         .00                   .00


                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 16121 JILL PAYNE MCCAIN
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 04/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE